IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**FRED MEANS,**

    Plaintiff,

                              **CIVIL ACTION NO. 2:06-0401**

**PFIZER, INC., a foreign corporation,**
**G. D. SEARLE, LLC, a limited liability company, and**
**PHARMACIA CORPORATION, a foreign corporation,**

    Defendants.

**O R D E R**

For reasons appearing to the Court, it is hereby ORDERED that the reference of this civil action to the Honorable Mary E. Stanley, United States Magistrate Judge, pursuant to the Standing Order of this Court entered on July 21, 2004, be withdrawn due to a conflict. It is, therefore, ORDERED that this civil action be referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for the referral of discovery disputes.

The Clerk is directed to send a copy of this Order to counsel of record, any unrepresented parties, Magistrate Judge Stanley, and Magistrate Judge Taylor.

ENTER: June 6, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE